NUMBER 13-05-099-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________________

EDDIE WARREN MARLOW,                                                Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
______________________________________________________________

On appeal from the 262nd District Court
of Harris County, Texas.
______________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, EDDIE WARREN MARLOW, attempts to appeal a conviction for
possession of a controlled substance. The trial court has certified that this “is a plea-bargain case, and the defendant has NO right of appeal.” See Tex. R. App. P.
25.2(a)(2).
         On February 23, 2005, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On April 4, 2005, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed 
this the 21st day of April, 2005.